IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Melissa Mesenbring, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>Industrial Fumigant Company, LLC and Rollins, Inc.<br><br>    Defendants. | No.: 1:19-cv-08013<br>Hon. Ronald A. Guzman |

### ROLLINS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES FOR ITS MOTION FOR SUMMARY JUDGMENT

Defendant Rollins, Inc. ("Rollins"), by and through its undersigned counsel, files this unopposed motion for this Court to enter an order allowing a forty-eight-hour extension for Rollins to file its motion for summary judgment. In support of this motion, Rollins state as follows:

1. Discovery in this case closed on February 25, 2023. (DE 151.)

2. Pursuant to Fed. R. Civ. P. 56(b), the deadline for Rollins to file its motion for summary judgment is March 27, 2023.

3. Counsel for Rollins had a significant medical issue arise that required hospitalization.

4. In consideration of this unforeseen issue, Rollins respectfully requests that the Court grant Rollins a forty-eight-hour extension to file its motion for summary judgment, to be due on March 29, 2023.

1

5. Counsel for Rollins has conferred with counsel for Plaintiffs. Plaintiffs' counsel does not oppose Rollins' motion.

WHEREFORE, Rollins, Inc. respectfully requests that the Court allow its unopposed motion for a forty-eight-hour extension to file its motion for summary judgment.

Dated: March 27, 2023

Respectfully submitted,

s/ Jeffrey W. Gordon
Joshua D. Lee
Elana Rosenfeld
Jeffrey W. Gordon
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison, Suite 2900
Chicago, Illinois 60602
312.471.8700
jlee@rshc-law.com
erosenfeld@rshc-law.com
jgordon@rshc-law.com

*Counsel for Rollins, Inc.*

## CERTIFICATE OF SERVICE

I, Jeffrey W. Gordon, an attorney in the law firm Riley Safer Holmes & Cancila LLP, certify that on March 27, 2023, I filed a copy of the foregoing document electronically using the Court's CM/ECF System, which will generate notice of this filing to all counsel of record.

By: /s/ Jeffrey W. Gordon
Jeffrey W. Gordon
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
*Counsel for Rollins, Inc.*

4864-2522-2489, v. 4